# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

October 30, 2023

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/23

Filed on ECF

<u>United States v. Amadou Ba</u>
23 Cr. 265 (RMB)

Dear Judge Berman:

      We represent the defendant Amadou Ba pursuant to the Criminal Justice Act. Mr. Ba lives in Sugarland, Texas with his wife and two young kids. We write to respectfully request that he be allowed to appear remotely by either video or telephone for the pretrial conference currently scheduled for November 8, 2023.

Respectfully submitted,

Sarah M. Sacks

Defendant may appear remotely on 11/8/23 at 10:30am.

SO ORDERED:
Date: 11/1/23
Richard M. Berman
Richard M. Berman, U.S.D.J.