# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

March 5, 2024

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Filed on ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/24
```

*United States v. Amadou Ba*
23 Cr. 265 (RMB)

Dear Judge Berman:

      We represent the defendant Amadou Ba pursuant to the Criminal Justice Act. As the Court may recall, Mr. Ba lives in Sugarland, Texas with his wife and two young children, an infant and a toddler. We write to respectfully request that he be allowed to appear remotely by either video or telephone for the pretrial conference currently scheduled for next Tuesday, March 12, 2024.

Respectfully submitted,

*Sarah M. Sacks*

Application granted for
remote appearance.

SO ORDERED:
Date: 3/5/24

*Richard M. Berman*
Richard M. Berman, U.S.D.J.