# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

August 7, 2024

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/24

Filed on ECF

*United States v. Amadou Ba*
23 Cr. 265 (RMB)

Dear Judge Berman:

We represent Amadou Ba pursuant to the Criminal Justice Act. He is currently out on bail, and his travel is restricted to the Southern District of Texas (where he lives), and to the Southern and Eastern Districts of New York. We write to seek a temporary change in his bail conditions that would allow him to travel to the Dallas/Fort Worth area, which is in the Northern District of Texas, from August 30th to August 31st to attend a wedding. We have discussed this request with Mr. Ba's pretrial officer who points out that he has remained compliant with his bail conditions, and she does not oppose this request. We have also sought the Government's position, and they have "no objection whatsoever."

Respectfully submitted,

Sarah M. Sacks

*Temporary modification granted on consent.*

SO ORDERED:
Date: 8/7/24
Richard M. Berman, U.S.D.J.