

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 15, 2024

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    *United States v. Ndama Traore et al.*, 23 Cr. 265 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter to request a one-week extension of the Government's August 15, 2024 deadline to respond to the sole defense motion filed in this case, by Sarah Sacks, Esq., on behalf of defendant Amadou Ba. The defense has consented to this request. The adjournment is requested in light of the parties' ongoing discussions regarding a possible pretrial resolution.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: */s/ Jane Y. Chong*
    Jane Y. Chong
    Assistant United States Attorney
    (917) 763-3172

Cc (by CM/ECF): John M. Burke, Esq.
    Lorraine Gauli-Rufo, Esq., and Ha[...]
    Ken Womble, Esq., and Keith Whi[...]
    Sarah M. Sacks, Esq.
    Jason Foy, Esq.
    Todd A. Spodek, Esq.

Application granted on consent.

SO ORDERED:
Date: 08/16/2024
Richard M. Berman, U.S.D.J.