# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

September 3, 2024

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Filed on ECF

*United States v. Amadou Ba*
23 Cr. 265 (RMB)

Dear Judge Berman:

      We represent Amadou Ba pursuant to the Criminal Justice Act. We write to seek a change to his bail conditions at the recommendation of pretrial services. One of his current bail conditions is that he "may not possess personal identifying information other than his own/immediate family members[.] (*See* ECF No. 23.) Mr. Ba is currently employed selling internet and cable subscriptions for a cable company, and as part of his work he has access to other people's identification information. Pretrial has asked us to seek a change that would remove this requirement to alleviate any concern about his compliance with his bail conditions. We have discussed this request with the Government, and they have no objection to removing this condition.

Respectfully submitted,

Sarah M. Sacks

Application granted on consent.

SO ORDERED:
Date: 09/06/2024

Richard M. Berman, U.S.D.J.