UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,        :       23 CR. 265 (RMB)
                                             :
      - against -                           :       **ORDER**
                                             :
AMADOU TIDIANE BA,                           :
                                             :
                Defendant.          :
------------------------------------------------------------x

The status conference is scheduled for Tuesday, November 19, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 135 082 198#

Dated: November 13, 2024
       New York, NY

                                                  **RICHARD M. BERMAN**
                                                           **U.S.D.J.**