UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 265 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| AMADOU TIDIANE BA | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The status conference is scheduled for Thursday, December 5, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 380 006 903#

Dated: November 20, 2024
New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**