**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,   :     23 CR. 265 (RMB)
                                         :
     - against -                         :     **ORDER**
                                         :
                                         :
AMADOU TIDIANE BA,                       :
                                         :
                Defendant.    :
---------------------------------------------------------------x

The sentencing scheduled for Wednesday, February 5, 2025 at 10:00 A.M. will take place in Courtroom 17B.


Dated: January 29, 2025
       New York, NY

_____*Richard M. Berman*_____
RICHARD M. BERMAN
U.S.D.J.