UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
          - v. -      : PRELIMINARY ORDER OF
              FORFEITURE/
            : MONEY JUDGMENT
AMADOU TIDIANE BA,
            : S1 23 Cr. 265 (RMB)
     Defendant.
            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     WHEREAS, on or about September 6, 2024, AMADOU TIDIANE BA (the "Defendant"), was charged in a one-count Superseding Information, S1 23 Cr. 265 (RMB) (the "Information"), with conspiracy to operate an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 371 (Count One);

     WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count One of the Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count One of the Information;

     WHEREAS, on or about September 6, 2024, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $150,000 in United States currency, representing property involved in the offense charged in Count One of the Information;

WHEREAS, the Government asserts that $150,000 in United States currency represents property involved in the commission of the offense charged in Count One of the Information;

WHEREAS, the Government seeks a money judgment in the amount of $150,000 in United States currency, pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), representing the property involved in the commission of the offense charged in Count One of the Information, for which the Defendant is solely liable for $150,000 in United States currency and is jointly and severally liable with his co-defendants in the following amounts: (i) Ibrahim Bocoum and Mohamed Akinotcho ("Bocoum and Akinotcho") for $30,000 in United States currency; (ii) Salif Ndama-Traore ( "Ndama-Traore") for $80,000 in United States currency; and Ibrahim Bocoum for $40,000 in United States currency ("Bocoum") (collectively, the "Co-defendants"); and

WHEREAS, the Court finds that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $150,000 in United States currency (the "Money Judgment"), representing property involved in the commission of the offense charged in Count One of the Information, for which the Defendant is solely liable for $150,000 in United States currency and is jointly and severally liable with the Co-defendants in the following amounts: (i) "Bocoum and Akinotcho for $30,000 in United States currency; (ii) Ndama-Traore for $80,000

in United States currency; and Bocoum for $40,000 in United States currency, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant AMADOU TIDIANE BA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

*RMB*                                                                      2/5/25
HONORABLE RICHARD M. BERMAN                         DATE
UNITED STATES DISTRICT JUDGE