# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW
100 LAFAYETTE STREET - SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230
Fax (212) 571-5507

MEMO ENDORSED

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

February 10, 2025

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Filed on ECF

<u>United States v. Amadou Ba</u><br>23 Cr. 265 (RMB)

Dear Judge Berman:

    We represent Amadou Ba pursuant to the Criminal Justice Act. He was sentenced last week by Your Honor to three years of probation. We write to respectfully request that the Court direct pretrial services to return our client's passport to him. We have discussed this matter with the Government, and they have no objection to this request.

Respectfully submitted,

Sarah M. Sacks

Application granted. Pretrial Services is requested to return MR. Ba's passport.

SO ORDERED
Date: 2/10/25
Richard M. Berman
Richard M. Berman, U.S.D.J.